UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROSS LYN VALIGURA | § | |
| | § | |
| v. | § | C.A. NO. C-05-513 |
| | § | |
| WARDEN MENDOZA, ET AL. | § | |

## MEMORANDUM OPINION AND ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

On December 2, 2005, the United States Magistrate Judge filed her Memorandum and Recommendation in this cause (D.E. 10). Objections were timely filed (D.E. 13). Having reviewed *de novo* the Magistrate Judge's memorandum and recommendation and the pleadings on file, this Court hereby adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, plaintiff's motion for a preliminary injunction (D.E. 3) is denied.

ORDERED this    7    day of    March   , 2006.

_____
HAYDEN HEAD
CHIEF JUDGE