UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| ROSS LYN VALIGURA, | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-05-513 |
| | § | Fifth Cir. Docket No. 07-40284 |
| O MENDOZA, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER TO TRANSFER NOTICE TO THE
## FIFTH CIRCUIT COURT OF APPEALS

Counsel for plaintiff has filed a pleading titled "Notice of Inability to File Responsive Brief in Fifth Circuit Court of Appeals" (D.E. 75). An appeal is pending in the Fifth Circuit, and the notice should have been filed in that court. A conference call with the parties was held on this matter December 21, 2007, and the parties were advised that the notice would be transferred to the Fifth Circuit. Counsel will need to apply for admission to that court. The $200 application fee may be waived because counsel is court appointed.

Accordingly, the Clerk shall transfer counsel's notice (D.E. 75) to the Fifth Circuit Court of Appeals.

ORDERED this 21st day of December, 2007.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE